**Josephine VICTORIAN and Ruth Helen Jones, Plaintiffs-Appellants,**

v.

**Barbara MILLER, Supervisor, et al., Defendants-Appellees.**

No. 85–2494.

United States Court of Appeals, Fifth Circuit.

Dec. 2, 1986.

Jeffrey J. Skarda, Gulf Coast Legal Foundation, Houston, Tex., for plaintiffs-appellants.

Joseph W. Barbisch, Jr., Asst. Atty. Gen., Austin, Tex., for defendants-appellees.

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

### ON SUGGESTION FOR REHEARING EN BANC

(Opinion August 4, 1986, 5 Cir., 1986, 796 F.2d 94)

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc without oral argument.